Guy Martin, Appellant, v. Equitable Life Assurance
Society of United States, Appellee.

Gen. No. 9,385.

opinion filed April 12,
1944; rehearing denied May 29, 1944. C. E. Tate, for appellant; Henry
I. Green and C. W. Richards, for appellee; Oris Barth and Enos L.
Phillips, of counsel. Opinion by JUSTICE RIESS. Not to be published
in full.

John R. Snively and James W. Snively, by John R.
Snively, His Father and Next Friend, Appellants,
v. Merle G. Barber, Trading as Barber's Wholesale
Grocery, and William A. Gowan, Appellees.

Gen. No. 9,947.

opinion filed April 27, 1944; rehear-
ing denied May 29, 1944. John R. Snively, *pro se*, and other appellant;
Lisle W. Menzimer, for appellees. Opinion by JUSTICE HUFFMAN. Not
to be published in full.